819 P.2d 107

**Gail and Irene BEARD, husband and wife, Plaintiffs–Respondents,**

v.

**Frank HANNY dba Hanny Custom Farming, an individual, Defendant–Appellant.**

**No. 18781.**

Supreme Court of Idaho, Idaho Falls, September 1991 Term.

Oct. 24, 1991.

Jay A. Kohler, Idaho Falls, for defendant-appellant.

Steven W. Shaw, Pocatello, for plaintiffs-respondents.

PER CURIAM.

The appeal is dismissed because the order granting respondent's preliminary injunction is not an appealable order as required by Idaho Appellate Rule 11.

Costs to respondents, no attorney fees awarded.